# EXHIBIT A

Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP, LLC**
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

David A. McGee, *pro hac vice* to be filed
**ALMEIDA LAW GROUP, LLC**
3133 Connecticut Ave NW
Washington, DC 20008
Telephone: 202-913-5681
E-mail: dmcgee@almeidalawgroup.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA FRANCHISING LLC, DOMINO'S PIZZA LLC, ARI FOODS, INC., AAI FOODS, INC., and DOES 1-10,<br><br>Defendant. | Case No.<br><br>**EXHIBIT A TO COMPLAINT: DECLARATION REGARDING VENUE** |

**DECLARATION REGARDING VENUE**

I, John Murphy, declare as follows:

1. I am a plaintiff in the above-captioned lawsuit and make this declaration based on my personal knowledge. I could and would testify competently to the statements contained herein if called upon to do so.

2. I am a resident of Alameda County and have purchased pizza and other food items from Domino's while in San Francisco County, California.

3. Domino's regularly conducts business in San Francisco County, including by charging the unlawful Junk Fees that are at issue in this litigation within San Francisco County.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on February 25, 2026, in Alameda County, California.

John Murphy
John Murphy (Feb 25, 2026 21:53:41 PST)

John Murphy